People v Gayle (2025 NY Slip Op 02942)

People v Gayle

2025 NY Slip Op 02942

Decided on May 14, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LINDA CHRISTOPHER
LILLIAN WAN
JANICE A. TAYLOR, JJ.

2023-07393

[*1]The People of the State of New York, respondent,
v
Ricardo Gayle, appellant. 

Andrea S. Ferrante, Staten Island, NY, for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Daniel Berman of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from an order of the Supreme Court, Kings County (Matthew J. D'Emic, J.), dated July 17, 2023, which, after a hearing, designated him a level one sexually violent offender pursuant to Correction Law article 6-C.
ORDERED that the order is affirmed, without costs or disbursements.
The defendant was convicted, upon his plea of guilty, of sexual abuse in the first degree. After a hearing pursuant to the Sex Offender Registration Act (Correction Law art 6-C), the Supreme Court assessed the defendant a total of 40 points on the risk assessment instrument and designated him a level one sexually violent offender. The defendant appeals.
The defendant's contention that he should not have been designated a sexually violent offender is unpreserved for appellate review (see People v Sherron, 2 AD3d 885, 885) and, in any event, without merit (see People v Talluto, 39 NY3d 306, 315).
BARROS, J.P., CHRISTOPHER, WAN and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court